NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWELL FINLEY, | No. C 10-02999 JF (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| DOMINGO URIBE, JR., | |
| Defendant. | |

On July 8, 2010, Plaintiff, a state prisoner, filed a pleading with this Court which initiated the above titled civil action. On the same day, the clerk of the Court sent Plaintiff a notice stating that he had failed to attach a complaint or petition to his pleadings. (Docket No. 2.) Plaintiff was advised that he must submit a complaint or petition within thirty days of the notice or face dismissal of the action. (Id.) The clerk also sent a notification to Plaintiff that his complaint was deficient because he had failed to file an In Forma Pauperis Application or pay the filing fee. (Docket No. 3.)  The notification included the warning that the case would be dismissed if Plaintiff failed to respond within thirty days. (Id.) The deadline has since passed, and Plaintiff has failed to comply to either notice.

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.10\Finley02999_dism-ifp.wpd

1    Accordingly, this case is DISMISSED without prejudice for failure to pay the
2 filing fee.
3    IT IS SO ORDERED.
4 DATED: 9/1/10

*[signature]*

JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOWELL FINLEY,

        Plaintiff,

  v.

DOMINGO URIBE, JR., et al.,

        Defendant.

                                              /

Case Number: CV10-02999 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   9/1/10  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jowell Finley E06421
CSP-Centinela II
Facility B
P.O. Box 911; V1-102 Low
Imperial, CA 92251

Dated:   9/1/10

                                              Richard W. Wieking, Clerk